Alfred Erik Caraffa ADC#350727
**Name and Prisoner/Booking Number**

ASPC-Tucson/Rincon Unit H Six A two
**Place of Confinement**

PO Box 24403
**Mailing Address**

Tucson Arizona 85734
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

Original

FILED ☒  LODGED ☐
RECEIVED ☐  COPY ☐

JUN 0 5 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Alfred Erik Caraffa ADC#350727 et. al.,
(Full Name of Plaintiff)

under 28 USCS Section 1711.

Plaintiff,

v.

(1) Ryan Thornell,
(Full Name of Defendant)
(2) Arizona Dept. of Corrections,
(3) State of Arizona,
(4) Employees of ASPC-Tucson,
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-23-258-TUC-JGZ-PSOT
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

3) Jury trial Demanded
☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: official and Individual capacities/civil class Action

2. Institution/city where violation occurred: ASPC-Tucson/Tucson Arizona

12 total pages

Revised 3/11/16                                                                 1                                                              **550/555**

## B. DEFENDANTS

1. Name of first Defendant: __Ryan Thornell__. The first Defendant is employed as: __Director of State Prisons in__ (Position and Title) at __Arizona Dept. of Corrections__ (Institution) __Official and Individual Capacities__

2. Name of second Defendant: __ADCRR__. The second Defendant is employed as: __Arizona Dept. of Corrections in__ (Position and Title) at __Dept. of Corrections__ (Institution) __Official Capacity__

3. Name of third Defendant: __State of Arizona__. The third Defendant is employed as: __State of Arizona in official__ (Position and Title) at __State government entity__ (Institution) __Capacity__

4. Name of fourth Defendant: __Employees of ASPC-Tucson__. The fourth Defendant is employed as: __Correctional officers in official__ (Position and Title) at __Dept. of Corrections__ (Institution) __and Individual Capacities__

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? __83__. Describe the previous lawsuits:

  a. First prior lawsuit:
     1. Parties: __Alfred Erik Caraffa__ v. __Arizona Dept. of Corrections__
     2. Court and case number: __Phoenix 2-22-CV-00873-PHX-MTL__
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending habeas corpus hearing/or Decision.__

  b. Second prior lawsuit:
     1. Parties: __Alfred Erik Caraffa__ v. __Director/Warden of ASPC-Tucson__
     2. Court and case number: __Phoenix 2-23-CV-00247-PHX-MTL (ESW)__
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __In Appeal to the 9th Circuit Court of Appeals.__

  c. Third prior lawsuit:
     1. Parties: __Alfred Erik Caraffa__ v. __State of Arizona et al.__
     2. Court and case number: __2:23-CV-00299-PHX-MTL (ESW)__
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __In Appeal to the 9th Circuit Court of Appeals.__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Fourteenth Amendment U.S. Constitution.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - [X] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Under A federal Court order signed by Senior Judge SILVER ON April 7th 2023. Defendents have Violated A federal Court order in failure To Compliance of that FEDERAL Court order In Providing two hot Meals and ONE Cold MEAL Per day (7 days) A week. Defendant(s) Are still Only Providing (14) Meals Per week, Not the federally ordered (21) Meals (Defendant in official and Individual Capacity under Color of State Law)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Violations of A federal court order by Defendents under Color of State Law.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [X] Yes [ ] No
   b. Did you submit a request for administrative relief on Count I? [X] Yes [ ] No
   c. Did you appeal your request for relief on Count I to the highest level? [X] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3 of 12

## COUNT II

1. State the constitutional or other federal civil right that was violated: Fourteenth Amendment U.S. Constitution.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Due process of law

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   In official and individual capacities, Under Color of State Law Defendant(s) have/And Are In Contempt of Court for Disobeying A federal Court order to Provide two hot Meals and one Cold Meal to Every Prisoner housed In the Custody of the Defendants Arizona Department of Corrections.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Violations of federal Court order by Defendant(s) IN Official/Individual Capacities

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

4 of 12

**COUNT III**

1. State the constitutional or other federal civil right that was violated: **Eighth Amendment U.S. Constitution.**

2. **Count III.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - [ ] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [x] Other: Cruel and unusual punishment.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   In violation(s) of the Federal Constitution under color of State Law in official and individual capacities Defendant(s) refuse to provide three meals per day to every prisoner housed in custody of the Arizona Department of Corrections for now 30 continuously days since the federal order was signed by Judge Silver on April 7th 2023.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Violation(s) of Constitutional Rights by employees of the Arizona Dept. of Corrections.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No
   b. Did you submit a request for administrative relief on Count III? [x] Yes [ ] No
   c. Did you appeal your request for relief on Count III to the highest level? [x] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: I seek as Relief the Enforcement of the federal Court ORDER Signed by Honorable Judge Silver on April seventh 2023 plus the sum of three dollar(s) for violation(s) of U.S. Constitutional Laws and 10,000 to one dollar Ratio per day of violation(s). And intrest on this Judgment under Federal Rule of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7th 2023
         DATE

SIGNATURE OF PLAINTIFF

Alfred Erik Caroff, ADC#350707   "Left thumb Print"/DNA
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

In Custody of Defendants
(Signature of attorney, if any)

In Custody of Defendants
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

United States District Court in and for the District of <u>Arizona</u>

| | |
|---|---|
| Alfred Erik Caraffa ADC#350727 et. al., <br><br> Plaintiff(s) <br><br><br> vs. <br><br> Ryan Thornell et. al., <br><br> Defendant(s) | Case Number _____ <br><br><br><br> Statement of the facts under 28 USCS section 1711 chapter 114 - Class <u>Actions</u> and Fed. Rule civil Procedure Rule 23(a)(1)(2)(3)(4) |

I, Alfred "Erika" Caraffa ADC#350727. Being Pro Se in the habeas corpus action(s) of 2-22-CV-00813-PHX-MTL-ESW and 2-23-CV-00247-PHX-MTL(ESW) Bring this class Action civil suit against the Defendant(s) Forementioned on Behalf

1 of ~~12~~

of All past, present and future State prisoners in the Custody of the Defendant(s) Arizona Department of Corrections in official Capacity.

It is clearly Stated in Shawn Jensen et al., vs. Ryan Thornell et al., 2:22-CV-00601-PHX-ROS filed on April 7th 2023 Document 4410

under subpart 26 - Food Service and Meals - 26.1 - <u>All</u> prisoners shall be provided a minimum of three separately provided meals a day (Breakfast, Lunch, Dinner) consisting of two hot meals and one cold Meal with No more than 14 hours between Dinner and Breakfast. Breakfast and Lunch May be served together on weekends and holidays, provided one is a hot Meal and Nutritional Needs are met. These meals shall be of the same quality and have the same Nutritional and Caloric content as meals served in the general Population.

also under Subpart 26.3 - "log entries shall be made for Prisoners" 26-3-1- when A Meal is provided

2 of 12

or Refused

the Prisoner(s) on "SMI" housing unit Six in Rincon Medical unit at Arizona Dept. of Corrections Complex in Tucson Arizona.

ARE NOT Recieving the court ordered second hot meal EAch day. No Second Hot Meal has Been served since the signing of the Federal Court order on April 7th 2023 (30) days Ago.

there Are Approx. 45 prisoner(s) on Housing Unit Six on Runs (A)(B) and (C) As A subclass total.

under 18 USSS section (401) and (402) chapter 21 Contempts that's at least 45 persons per day for 30 days that Are in Contempt of A federal court order and the Same under 18 USCS section (241) and (242) 241- Conspiracy against Rights 242- Deprivation of rights under color of Law and under 18 USCS section 246. Deprivation of

3 of 12

Relief benefits- Whoever directly or Indirectly deprives, attempts to deprive or threatens to deprive any person of Any employment, position, work, <u>Compensation</u>, or other benefit provided for or Made possible In whole or in part by Any Act of Congress appropriating funds for work relief or <u>relief purposes</u>, on account of political Affiliation, Race, color, sex, religion or National origin

Shall be fined under this title or imprisoned Not More than one year or Both.

Every prisoner held in custody falls under political Affiliation, is A part of A RACE or color and under A sex have Religion Beliefs and are of National origin(s).

The Defendant(s) Are An entity of person(s) All who Are employed by the Arizona Dept. of Corrections. In official and Individual Capacities under color of

4 of 12

State Law. And have Disobeyed A Federal Court order for At least (30) days. All Are Directly or indirectly In violation of that Federal Court order

these may Appear as Petty offense(s) under 18 USCS section 19- And do fall under 18 USCS section 3571 (c)(5)(6) or (7) But have AN indictment charge count of At least 45 charges of At least 30 days.

that's 1,350 per offense of A class Indictment.

for A class B or C misdemeanor that does not result in death, not more than 10,000 dollars and for an infraction, not more than 10,000 dollars.

that fines of $27,000,000.00 Dollars per 30 day period. which the first 30 days has past as of 5/7/2023. Plus civil class Action Liability for Each class Member Affected.

All the Defendant(s) must do. Is provide A second Hot Meal As per the Federal

5 of 12

Court order and now the Compensation for NON-compliance with that Federal Court order.

May 7th 2023

Alfred E~~~~~roffa
ADC#350727

6 of 12