# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfred Erik Caraffa,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>　　　　Defendants. | NO. CV-23-00258-TUC-JGZ (P)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed October 16, 2023, judgment of dismissal is entered. The complaint and action are dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

October 16, 2023

　　　　　　　　　　　　　　　　　　s/ C. Ortiz
　　　　　　　　　　　　　　By　　Deputy Clerk